# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 09-801-01 |
| | : | |
| **MANUEL CHIRENO-GIL** | : | |

## ORDER

**AND NOW**, this 11th day of August, 2016, upon consideration of the Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) (Document No. 48) and the government's response, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.